COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS


| | | |
|---|---|---|
| JOSE FIDEL GONZALES VEGA, | § | No. 08-11-00234-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 394th District Court |
| THE STATE OF TEXAS, | § | of Brewster County, Texas |
| Appellee. | § | |
| | § | (TC# 3921) |

## MEMORANDUM OPINION

Pending before the Court is the Appellant's motion to dismiss this appeal pursuant to TEX. R. APP. P. 42.2(a). Finding that the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


                                        GUADALUPE RIVERA, Justice

July 31, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)